1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 KULWANT SINGH,                    )
                                     ) No. C 09-0737 WDB
13            Plaintiff,             )
                                     )
14       v.                          ) **STIPULATION TO EXTEND DATES;**
                                     ) **AND [PROPOSED] ORDER**
15 ROBIN L. BARRETT, Field Office Director, )
   USCIS San Francisco District Office; et al., )
16                                   )
              Defendants.            )
17 _____ )

18    The Plaintiffs, by and through their attorney of record, and Defendants by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 45-day extension of

20 Defendants' answer. Defendants will file their response on or about June 5, 2009.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
   Stipulation to Extend Dates
   C09-0737 WDB                            1

1 | Dated: April 23, 2009 | Respectfully submitted,
2 | | JOSEPH P. RUSSONIELLO
  | | United States Attorney
3 |
4 | | _____/s/_____
  | | EDWARD A. OLSEN[1]
5 | | Assistant United States Attorney
  | | Attorney for Defendants
6 |
7 | Dated: April 23, 2009 | _____/s/_____
  | | ROBERT B. JOBE
8 | | Attorney for Plaintiff

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 | Date: 4/27/2009
13 | _____
   | WAYNE D. BRAZIL
   | United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA with signature stamp "IT IS SO ORDERED / Judge Wayne D. Brazil"]*

---

26 | _____

27 | [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28 |

Stipulation to Extend Dates
C09-0737 WDB                                            2