| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927

7
     Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12   KULWANT SINGH,                    )
                                        ) No. C 09-0737 WDB
13              Plaintiff,              )
                                        )
14        v.                            ) **STIPULATION TO DISMISS; AND**
                                        ) **[PROPOSED] ORDER**
15   ROBIN L. BARRETT, Field Office Director, )
     USCIS San Francisco District Office; et al., )
16                                      )
                Defendants.             )
17   _____)

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19   of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

20   of the adjudication of Plaintiff's adjustment of status application (Form I-485).

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

Stipulation to Extend Dates
C09-0737 WDB                            1

| | |
|---|---|
| 1  Dated: April 29, 2009 | Respectfully submitted, |
| 2 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | _____/s/_____<br>EDWARD A. OLSEN[1] |
| 5 | Assistant United States Attorney<br>Attorney for Defendants |
| 7  Dated: April 29, 2009 | _____/s/_____<br>ROBERT B. JOBE |
| 8 | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/30/2009       _____
                        WAYNE D. BRAZIL
                        United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

_____

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C09-0737 WDB                                              2